■ FRANCINE L. BURNS, Respondent, v EDWARD J. BURNS, Appellant. (Appeal No. 2.) [598 NYS2d 1018] —Order unanimously affirmed without costs. Memorandum: Supreme Court did not err in summarily denying defendant's motion for an order modifying the judgment of divorce by reducing defendant's maintenance obligation. Defendant's motion papers failed to

present genuine issues of fact whether a substantial change in circumstances had occurred (see, Domestic Relations Law § 236 [B] [9] [b]; *Smith v Smith,* 174 AD2d 818). Therefore, defendant failed to make the requisite showing to require an evidentiary hearing (see, *Hofmeister v Hofmeister,* 120 AD2d 802, 803). (Appeal from Order of Supreme Court, Monroe County, Sirkin, J.—Child Support and Maintenance.) Present —Green, J. P., Pine, Boomer, Davis and Boehm, JJ.